UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA LEJEUNE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COAST PROFESSIONAL, INC.,<br><br>　　　　　　Defendant. | ) CASE NO. 1:13-CV-00672-LJO-GSA<br>)<br>) **ORDER RE:   STIPULATION BETWEEN**<br>) **PLAINTIFF JENNA LEJEUNE AND**<br>) **DEFENDANT COAST PROFESSIONAL, INC.**<br>) **TO WITHDRAW DEFAULT PREVIOUSLY**<br>) **FILED BY PLAINTIFF AND TO DEEM**<br>) **DEFENDANT COAST PROFESSIONAL,**<br>) **INC.'S ANSWER AS THE OPERATIVE**<br>) **RESPONSIVE PLEADING TO PLAINTIFF'S**<br>) **COMPLAINT**<br>) |

　　　　The Stipulation between Plaintiff Jenna Lejeune and Defendant Coast Professional, Inc. (Doc. 10), whereby Plaintiff Jenna Lejeune withdraws her request for entry of default against Defendant Coast Professional, Inc. (Doc. 6), is adopted *nunc pro tunc*.   Accordingly, the Clerk of this Court is ordered to set aside the default entered against Defendant Coast Professional, Inc. (Doc. 7), and the Answer filed by Defendant Coast Professional, Inc. on June 28, 2013 (Doc. 11), is deemed the operative Answer to Plaintiff's Complaint (Doc. 1).

IT IS SO ORDERED.

　　Dated:　　**August 6, 2013**　　　　　　　　　　**/s/ Gary S. Austin**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

07534.00/195172　　　　　　　　　　　　　　　　　　ORDER RE:STIPULATION TO WITHDRAW
　　　　　　　　　　　　　　　　　　　　　　　　Case No. 1:13-CV-00672-LJO-GSA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07534.00/195172

ORDER RE:STIPULATION TO WITHDRAW
Case No. 1:13-CV-00672-LJO-GSA