Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JENNA LEJEUNE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JENNA LEJEUNE,<br><br>              Plaintiffs,<br>     v.<br>COAST PROFESSIONAL, INC<br>              Defendant. | **Case No.:** 1:13-cv-00672-LJO-GSA |

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, JENNA LEJEUNE ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  August 22, 2013                    RESPECTFULLY SUBMITTED,

              KROHN & MOSS, LTD.

            By: /s/ Ryan Lee

            Ryan Lee, Esq. (SBN 235879)
            Krohn & Moss, Ltd.
            10474 Santa Monica Blvd., Suite 405
            Los Angeles, CA  90025
            T: (323) 988-2400; F: (866) 802-0021
            rlee@consumerlawcenter.com
            Attorneys for Plaintiff,
            JENNA LEJEUNE

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was sent to defendant via the courts ECF System.

By:     /s/ Ryan Lee

Ryan Lee (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025