UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JENNA LEJEUNE,

    Plaintiff,

v.

COAST PROFESSIONAL, INC

    Defendant.

Case No.: 1:13-cv-00672-LJO-GSA

**ORDER AFTER SETTLEMENT**
**(Doc. 15)**

    Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to Local Rule 160, this Court ORDERS the parties, **no later than October 23, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

    This Court VACATES all pending matters and dates, including the September 23, 2013 initial scheduling conference, which is subject to immediate resetting if settlement is not timely completed.

    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court=s Local Rules and orders and are subject to sanctions as this Court deems appropriate.

**SO ORDERED**
**Dated: August 23, 2013**

                                                  /s/ Lawrence J. O'Neill
                                               **United States District Judge**