**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNA LEJEUNE,<br><br>             Plaintiffs,<br>     v.<br>COAST PROFESSIONAL, INC<br>             Defendant. | Case No.: 1:13-cv-00672-LJO-GSA<br><br>**ORDER TO DISMISS ACTION** |

### ORDER GRANTING STIPULATION TO DISMISS CASE WITHOUT PREJUDICE

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case without Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed without prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

   Dated:   **August 27, 2013**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE